**Order entered September 20, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00692-CV

## IN THE INTEREST OF N. L. T., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-10316**

## ORDER

We **GRANT** appellant's September 17, 2013 motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellant on September 17, 2013 filed as of the date of this order.

/s/  MICHAEL J. O'NEILL
    JUSTICE